Keith Russell JUDD, Plaintiff–
Appellant,

v.

FEDERAL ELECTION COMMISSION,
Defendant–Appellee.

No. 2008–1394.

United States Court of Appeals,
Federal Circuit.

May 30, 2008.

Keith Russell Judd, Beaumont, TX, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Keith Russell JUDD, Plaintiff–
Appellant,

v.

UNITED STATES of America, Federal Bureau of Prisons, Federal Bureau of Investigation, U.S. Marshals Service, and U.S. Department of Justice, Defendants–Appellees.

No. 2008–1395.

United States Court of Appeals,
Federal Circuit.

May 30, 2008.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

Keith Russell Judd, Beaumont, TX, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.